# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mauro Soto-Chavez,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-cv-515
(3:05-cr-2)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2011 Order.

Signed: January 25, 2011

Frank G. Johns, Clerk
United States District Court